IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

J. SCOTT GRIFFETH                                                                  PLAINTIFF

VS.                                    Civil No. 05-1120

COLUMBIA COUNTY DETENTION
FACILITY                                                                          DEFENDANT

## **ORDER**

Now on this 8th day of September, 2006, comes on for consideration the proposed findings and recommendations filed herein on August 22, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Griffeth's complaint should be and is hereby dismissed on the grounds that he has failed to prosecute this action or obey an order of this court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                            */s/ Harry F. Barnes*
                            **HARRY F. BARNES**
                            **U.S. DISTRICT JUDGE**